1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   ROWLAND PUGH,                    1:04-cv-05933-OWW-LJO-P

12              Plaintiff,        **ORDER ADOPTING FINDINGS AND**
                                  **RECOMMENDATIONS** (Doc. 6)
13   vs.
                                  **ORDER DISMISSING ENTIRE ACTION**
14   L. BOOS,

15              Defendant.
     _____/
16

17        Plaintiff, Rowland Pugh ("plaintiff"), is a state prisoner

18   proceeding pro se in this civil rights action pursuant to 42

19   U.S.C. § 1983.  The matter was referred to a United States

20   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

21   Rule 72-302.

22        On March 8, 2006, the Magistrate Judge filed Findings and

23   Recommendations herein which were served on the parties and which

24   contained notice to the parties that any objections to the

25   Findings and Recommendations were to be filed within thirty (30)

26   days.  To date, the parties have not filed objections to the

27   Magistrate Judge's Findings and Recommendations.

28   //

                                   1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed March 8, 2006, are ADOPTED IN FULL; and,

2.   This action is DISMISSED in its entirety.

IT IS SO ORDERED.

**Dated:   April 20, 2006**                          /s/ Oliver W. Wanger
emm0d6                          UNITED STATES DISTRICT JUDGE